UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID DEARDEN et al., <br> Plaintiffs, <br><br> v. <br><br> FCA US LLC et al., <br> Defendants. | : <br> : <br> : No. 5:16-cv-00713 <br> : No. 2:16-cv-02706 <br> : <br> : <br> : |

**FILED**

JUL 20 2016

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 19th day of July, 2016, upon consideration of Plaintiffs' Motion to Consolidate, *see Dearden v. FCA US LLC*, No. 5:16-cv-00713 (filed Feb. 12, 2016), ECF No. 26, and in the absence of any opposition thereto,[1] **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Consolidate, *see Dearden*, No. 5:16-cv-00713, ECF No. 26, is **GRANTED**;[2]

2. The Clerk of Court is directed to consolidate Case No. 2:16-cv-02706 into Case No. 5:16-cv-00713, and all future filings shall be docketed in Case No. 5:16-cv-00713 only;

3. All pending motions in both cases are **DISMISSED without prejudice**;

4. Case No. 2:16-cv-02706 is **CLOSED**;

---

[1] Although the Motion to Consolidate was only docketed in one case number, it was served upon all Defendants for both cases. *See* Certificate of Service, *Dearden*, No. 5:16-cv-00713, ECF No. 26.

[2] "A district court has broad discretion when determining whether consolidation is appropriate." *Borough of Olyphant v. PPL Corp.*, 153 F. App'x 80, 82 (3d Cir. 2005). The two cases, which were removed from the Court of Common Pleas of Philadelphia County, arose following a motor vehicle accident on May 12, 2014, and involve the same or substantially similar claims and parties, as well as common questions of law and fact. *See* Fed. R. Civ. P. 42(a)(2) ("If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions. . . ."). Moreover, "[i]n the absence of timely response, the motion may be granted as uncontested. . . ." E.D. Pa. L.R. 7.1(c).

5. **Within 21 days of the date of this Order**, Plaintiffs are directed to file an amended complaint in Case No. 5:16-cv-00713 encompassing all claims against all Defendants;

6. **Within 21 days of service of the amended complaint**, Defendants shall file a response to the amended complaint, as well as any request based on grounds previously raised for a change of venue or the severance of a claim or a party, *see, e.g.* Def. FCA US LLC's Motion to Sever and Transfer Venue, *Dearden*, No. 5:16-cv-00713, ECF No. 5.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.
United States District Judge